Lisa G. Salisbury, Esq. (SBN 172330)
Salisbury Group, Inc.
3720 South Susan Street, Suite 110
South Coast Metro, California 92704
Telephone: (714) 957.2990
Telecopier: (714) 557.2739
Email:    lsalisbury@salisburygroupinc.com

Aidan W. Butler, Esq. (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone: (213) 388-5168
Telecopier: (213) 388-5178
Email:    tocontactaidan@gmail.com

Attorneys for Plaintiffs ALEX GUADARRAMA
and CHRISTIAN GUADARRAMA

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### Southern Division-Santa Ana

| | |
|---|---|
| ALEX GUADARRAMA and CHRISTIAN GUADARRAMA, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SASAN CHADORBAFF, individually and dba WESTERN MOTORS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:17-cv-00645-DOC-JDEx<br><br>The Hon. David O. Carter<br><br>**FINAL JUDGMENT ON MINUTE ORDER DATED APRIL 30, 2018 AND MINUTE ORDER DATED JUNE 25, 2018** |

**PLEASE TAKE NOTICE THAT** on April 30, 2018, the following Motion was considered in chambers: Plaintiffs, Alex Guadarrama and Christian Guadarrama (collectively "Plaintiffs")'s Motion for Default Judgment ("Motion.") No appearances were required. The Motion, having been presented, and fully considered; the court makes the following orders:

1 **I. IT IS HEREBY ORDERED, ADJUDICATED AND DECREED** that Plaintiffs' Motion for Default Judgment is GRANTED IN PART. The Court finds that absent default judgment in this case, Plaintiffs would be denied the right to judicial resolution of the claims presented, and would be without other recourse for recovery. The Court finds that Plaintiffs Complaint has sufficiently stated a claim for relief. The Court finds that the amount sought is neither too large nor unreasonable when balanced against Defendants Sasan Chadorbaff and Sasan Chadorbaff doing business as Western Motors (collectively "Defendants")'s actions. The Court further finds that Plaintiffs have sufficiently pleaded the four causes of action on which they seek default and that Defendants have failed to timely answer the First Amended Complaint ("FAC"), the Second Amended Complaint ("SAC") or to prevail on a motion to vacate the default.

**II. IT IS THEREFORE ORDERED, ADJUGED AND DECREED** that judgment be and hereby is entered in favor of Plaintiffs as against the Defendants Sasan Chadorbaff, individually and Sasan Chadorbaff dba Western Motors in the amount of $11,303.00 in damages, including: $2,580.00 in actual damages, $2,000.00 in statutory damages under the TILA, and $6,450.00 in punitive damages. The Court also ORDERS Defendants to pay Plaintiffs $1,261.80 in attorney's fees and costs for Aiden Butler, Esq. and $523.90 in costs for Lisa G. Salisbury, Esq.

On June 25, 2018, the following Motions came were considered by the Court in chambers: Attorney Lisa G. Salisbury, Esq.'s First Supplemental Request for Attorney's Fees and Second Supplemental Request for Attorney's Fees (collectively "Requests"). No Appearances were made. The Requests having been presented, and fully considered, the Court makes the following orders:

**III. IT IS HEREBY ORDERED, ADJUDICATED AND DECREED** that Plaintiff Requests for Attorney's Fees are GRANTED IN PART. The Court finds that it is satisfied that the hours billed in the First Request are appropriate and reasonable. The Court further finds that it is satisfied with the hours billed in the Second Request are appropriate and reasonable. The Court ORDERS Defendants to pay Plaintiffs $16,474.50 in attorney's fees and $121.59 in litigation costs to Lisa G. Salisbury, Esq.

**IT IS HEREBY ADJUDGED AND DECREED,** that for the reasons stated above and in the Court's Minute Orders, dated April 30, 2018 an June 25, 2018, the Clerk of the Court is directed to enter judgment in favor of Plaintiffs Alex Guadarrama and Christian Guadarrama and against Defendant Sasan Chadorbaff, individually and Sasan Chadorbaff dba as Western Motors as follows:

| | |
|---|---|
| (a) Damages, in the amount of | $11,303.00 |
| (b) Attorneys fees for Aiden Butler, Esq. | $ 1,261.80 |
| (c) Litigation Costs for Lisa G. Salisbury, Esq. | $ 645.49 |
| (d) Attorneys Fees for Lisa G. Salisbury, Esq. | $16,474.50 |
| **TOTAL** | **$29,684.79** |

That amount, as well as the amount of any costs to which the Plaintiffs, Alex Guadarrama and Christian Guadarrama, are entitled, shall accrue interest pursuant to 18 U.S.C § 1961.

IT IS SO ORDERED.

DATED: July 3, 2018

*David O. Carter*
David O. Carter
United States District Judge